UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FLORIDA RSA #8, LLC d/b/a U.S. CELLULAR, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 4:06-CV-954 (CEJ) |
| CITY OF PAGEDALE, MISSOURI, | ) ) ) | |
| Defendant. | ) | |

### ORDER

In accordance with the stipulation of the parties,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **dismissed with prejudice**. The parties shall bear their own costs and attorneys' fees.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of August, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com